Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAWRENCE CROSS** | CV 10-934-HZ |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| **MICHAEL J. ASTRUE**<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $7,499.99. Subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, _ U.S. _ (2010), payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

It is so ORDERED

Dated this 12th day of September 2011

/s/ Marco A. Hernandez
United States Judge

Prepared as to form:

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1